UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                              CHAPTER 13
MICHAEL MOORE
ROSIE L. MOORE                           CASE NO. 11-85519

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     **Midfirst Bank**                      **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 3192

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $4407.23 | (Per Creditor's Amended Proof of Claim) |
| | + 450.00 | (Allowed Cost of Collection Claim) |
| Total | $4857.23 | |
| Amount Paid by Trustee | $4857.23 | |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/23/2017                          /s/Lydia S. Meyer
                                                       Lydia S. Meyer, Trustee
                                                       308 W. State St., Suite 212
                                                       Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of February, 2017.

Dated:  2/23/17                              /s/Cynthia K. Burnard

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118-6116

MIDLAND MORTGAGE
AKA MIDFIRST BANK
PO BOX 26648
OKLAHOMA CITY, OK  73126-0648

FISHER AND SHAPIRO LLC
2121 WAUKEGAN ROAD, SUITE 301
BANNOCKBURN, IL  60015

MICHAEL MOORE
ROSIE L. MOORE
603 ALLIANCE AVE.
ROCKFORD, IL  61101

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111